UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION


FILED
JUN 0 9 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 2:21-CR-54 |
| ) | Judge Corker |
| v. ) | TO BE SEALED |
| ) | |
| RAYMOND FLAVIO SALAZAR ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about August 12, 2020, within the Eastern District of Tennessee, the defendant, RAYMOND FLAVIO SALAZAR, did knowingly possess a firearm, that is, a short-barreled rifled, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code. [26 U.S.C. §§ 5822, 5861(d), and 5871]

A TRUE BILL:

███████████████

FOREPERSON

FRANCIS M. HAMILTON III
Acting United States Attorney

By: _____
B. Todd Martin
Assistant U.S. Attorney

1